

RECEIVED
IN MONROE, LA

SEP 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| UNITED STATES OF AMERICA | * | DOCKET NO. 07-30024 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| THOMAS J. LITTLE | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Thomas J. Little, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED this 24 day of September, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION